HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY M. VIRDURE, ) | Civil No. 06-07044 JW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of 30 days up through and including Monday, August 6, 2007 in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

SCOTT N. SCHOOLS
United States Attorney

Dated: June 29, 2007

/s/
LEO R. MONTENEGRO
Assistant U.S. Attorney

Dated: June 29, 2007

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
KATHY M. VIRDURE

IT IS SO ORDERED.

Dated:    July 6 2007

HON. JAMES WARE
United States District Judge

STIPULATION AND ORDER

2